UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP DE PAUL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | Case No. EDCV 08-227 JC<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: March 27, 2009

　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE